IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DONNA CROSS                                                      PLAINTIFF

vs.                                Case No. 4:16-cv-4107

NANCY A. BERRYHILL                              DEFENDANT
Commissioner, Social Security Administration

## **ORDER**

**BEFORE** the Court is Plaintiff's Motion To Substitute Party.  ECF No. 18.  Plaintiff seeks to have Charles Lee Cross, on behalf of, Donna Cross, deceased, substituted as the named Plaintiff.  Charles Lee Cross is the surviving spouse of Donna Cross and has stated Donna Cross has died during the pendency of this action.  Defendant has not objected to this motion.  The Plaintiff's Motion To Substitute Party (ECF No. 18) is **GRANTED**, and, Charles Lee Cross, on behalf of, Donna Cross, deceased, is substituted as the named Plaintiff.

**IT IS SO ORDERED** this **11th day of January 2018.**

                                                                         /s/  Barry A. Bryant
                                                                         HON. BARRY A. BRYANT
                                                                         U.S. MAGISTRATE JUDGE