IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES LEE CROSS
*on behalf of*
DONNA CROSS, Deceased                                                         PLAINTIFF

vs.                              Civil No. 4:16-cv-04107

NANCY A. BERRYHILL                                                            DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 8th day of February 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE